*Eva-Marie Hawkins v. UCG Alabama, LLC et al*
Case 7:22-cv-00213-GMB
Exhibit A to Joint Motion for Settlement Approval with Incorporated Settlement Agreement

| Work Week End | Regular Hours | Overtime Hours | Hourly Rate | Overtime Premium | Damages |
|---|---|---|---|---|---|
| 9/4/2021 | 14 | 0 | $ 25.00 | | |
| 9/11/2021 | 40 | 32 | $ 25.00 | $ 12.50 | $ 400.00 |
| 9/18/2021 | 34 | | $ 25.00 | | |
| 9/25/2021 | 9 | | $ 25.00 | | |
| 10/2/2021 | 9 | | $ 25.00 | | |
| 10/9/2021 | 11 | | $ 25.00 | | |
| 10/16/2021 | 12 | | $ 25.00 | | |
| 10/23/2021 | 21 | | $ 25.00 | | |
| 10/30/2021 | 11 | | $ 25.00 | | |
| 11/6/2021 | 43 | 3 | $ 25.00 | $ 12.50 | $ 37.50 |
| 11/13/2021 | 33 | | $ 25.00 | | |
| 11/20/2021 | 27 | | $ 25.00 | | |
| 11/27/2021 | 13 | | $ 25.00 | | |
| 12/4/2021 | 24 | | $ 25.00 | | |
| 12/11/2021 | 80 | 40 | $ 25.00 | $ 12.50 | $ 500.00 |
| | | Unpaid Overtime Wages | | | $ 937.50 |
| | | Liquidated Damages | | | $ 937.50 |
| | | | | | $ 1,875.00 |